**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Brian Kerzetski,

Plaintiff(s),

v.

Jeremy Bean, et al.,

Defendant(s).

Case No. 2:25-cv-00054-JAD-NJK

**Order**

[Docket Nos. 39, 41]

Pending before the Court is Plaintiff's motion for clarification and motion for extension of time for service. Docket Nos. 39, 41.[1] The motions are properly resolved without a hearing. *See* Local Rule 78-1.

On July 29, 2026, the Court ordered proof of service by September 10, 2026. Docket No. 35. On August 21, 2026, summons was returned unexecuted by Plaintiff as to Joseph Lombardo. Docket No. 38. On August 28, 2026, Plaintiff filed the motion for clarification asking the Court to provide the sealed contents of the unexecuted summons as to Joseph Lombardo. Docket No. 39. On September 8, 2026, summons was returned executed as to Joseph Lombardo. Docket No. 40. On September 9, 2026, Plaintiff filed the motion to extend time for service to serve Joseph Lombardo. Docket No. 41.

[1] The Court liberally construes the filings of *pro se* litigants. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

Seeing as summons was executed as to Joseph Lombardo before the deadline for proof of service, the Court **DENIES** the motion for extension of service as moot. Docket No. 41. Thus, there is no need for clarification of the unexecuted summons. Accordingly, the Court **DENIES** the motion for clarification as moot. Docket No. 39.

IT IS SO ORDERED.

Dated: September 15, 2026

Nancy J. Koppe
United States Magistrate Judge