**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Brian Kerzetski,

Plaintiff(s),

v.

Jeremy Bean, et al.,

Defendant(s).

Case No. 2:25-cv-00054-JAD-NJK

**Order**

[Docket No. 45]

Pending before the Court is a stipulation to reopen and extend discovery. Docket No. 45. The stipulation identifies written discovery as having been served by Plaintiff, but it does not provide the date on which that discovery was served. *But see, e.g.*, *de la Vega v. Barila*, 2026 WL 2689947, at *3 n.3 (D. Nev. Aug. 4, 2026). Defense counsel must file a supplement to this stipulation, by noon on November 17, 2026, that identifies the date on which Plaintiff served his discovery requests.

IT IS SO ORDERED.

Dated: November 16, 2026

Nancy J. Koppe
United States Magistrate Judge